| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>JENNIFER WITHERELL CRASTZ (SBN 185487)<br>HEMAR, ROUSSO & HEALD, LLP<br>15910 Ventura Blvd., 12th Floor<br>Encino, California  91436<br>Tel.: (818) 501-3800; Fax: (818) 501-2985<br>Email: jcrastz@hrhlaw.com<br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**NOV 13 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bolte    **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:  **AMY LI HSIAO** | CASE NO.: 8:24-bk-10284-SC |
|---|---|
| | CHAPTER: 7 |
| | **ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362** |
| | DATE:  November 12, 2025<br>TIME:  10:00 a.m.<br>COURTROOM:  5C (Hon. Scott C. Clarkson)<br>PLACE:  411 W. Fourth Street, Santa Ana, CA |
| Debtor(s). | |

**Movant:**  CITY NATIONAL BANK

1. The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Not Prosecuted

2. The description of the Property or Nonbankruptcy Action to which this order applies is as follows *(specify street address, legal description, personal property description or Nonbankruptcy Action)*:

   **22803 Seaway Drive, Laguna Niguel, California 92677, APN 658-301-18, Deed of Trust recorded on June 25, 2009 in Orange County Recorder's Office, Instrument No. 2009000336782**

3. The Motion is denied:    ☒ without prejudice    ☐ with prejudice    ☒ on the following grounds:
   a. ☐ Based upon the findings of fact and conclusions of law made on the record at the hearing
   b. ☐ Unexcused non-appearance by Movant
   c. ☐ Lack of proper service
   d. ☐ Lack of good cause shown for relief from stay
   e. ☐ No stay is in effect under:

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*    Page 1    **F 4001-1.RFS.DENY.ORDER**

    (1) ☐ 11 U.S.C. § 362(c)(2)(A)

    (2) ☐ 11 U.S.C. § 362(c)(2)(B)

    (3) ☐ 11 U.S.C. § 362(c)(3)(A)

    (4) ☐ 11 U.S.C. § 362(c)(4)(A)

f.   ☒ Other *(specify)*: The Motion is denied as moot because the stay no longer applies, as detailed in the attached Tentative Ruling.

4. ☐ Movant may not file another motion for relief from the stay in this bankruptcy case absent a court order authorizing the filing of another motion.

###

Date: November 13, 2025

Scott C. Clarkson
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*    Page 2    **F 4001-1.RFS.DENY.ORDER**

# United States Bankruptcy Court
# Central District of California
Santa Ana
Scott Clarkson, Presiding
Courtroom 5C Calendar

**Wednesday, November 12, 2025**  Hearing Room  **5C**

10:00 AM
**8:24-10284**    **Amy Li Hsiao**    Chapter 7

**#3.00**

Hearing RE:  Motion for relief from stay [Real Property]

City National Bank vs. DEBTOR
(Motion filed 10/22/2025)

**[RE:   22803 Seaway Drive, Laguna Niguel, CA 92677]**

Docket    365

**Tentative Ruling:**

Tentative for 11/12/25 is to DENY, as set forth below.

Movant seeks relief solely under § 362(d)(2). To prevail under § 362(d)(2), Movant must establish both that (A) Debtor lacks equity in the Property and (B) the Property is not necessary for an effective reorganization. *See* 11 U.S.C. § 362(d)(2). Movant has not met its burden under § 362(d)(2)(A). Movant's own valuation and debt figures reflect equity of approximately $1.95 million, and an equity cushion of roughly 17-18%, after accounting for costs of sale. Thus, Movant has not demonstrated that Debtor has no equity in the Property as required under the statute. No relief is requested under § 362(d)(1), and the Court cannot grant unpled relief.

Separately, the Motion appears moot. On July 15, 2025, the Chapter 7 Trustee filed and served a Notice of Intent to Abandon the Property pursuant to § 554(a) and LBR 6007-1 [Dk. 341]. No objection or request for hearing was timely filed. Under LBR 6007-1(a)(1), the Property was therefore deemed abandoned without further order of the Court. Once abandoned, the Property ceased to be property of the estate, and the automatic stay terminated as to that Property by operation of § 362(c)(1). Because the stay no longer applies to the Property, there is no stay relief remaining for the Court to grant, rendering the Motion moot. Movant may either attach this tentative to, or include this language in, its lodged order.

Accordingly, the Court is inclined to DENY the Motion as moot.

# United States Bankruptcy Court
# Central District of California
Santa Ana
Scott Clarkson, Presiding
Courtroom 5C Calendar

**Wednesday, November 12, 2025**      Hearing Room    **5C**

**10:00 AM**
**CONT...**     **Amy Li Hsiao**        **Chapter 7**

Note: This matter appears to be uncontested. Accordingly, no court appearance by Movant is required. Should an opposing party file a late opposition or appear at the hearing, the Court will determine whether further hearing is required and Movant will be so notified.

Parties wishing to make an appearance must do so by appearing in the Courtroom or by utilizing Zoom for Government, a free service that provides audioconference capabilities, using the following information.

Audioconference Tel. No.: +1 (669) 254 5252 or +1 (646) 828 7666

Meeting ID:      160 803 6852

Password:      231799

Parties making telephonic appearances are reminded to have all relevant filings/information easily accessible during the hearing. Parties should consult the NOTICE OF VIDEO AND TELEPHONIC APPEARANCE PROCEDURES FOR JUDGE SCOTT CLARKSON'S CASES for specific procedures and further information.

As a reminder, members of the general public wishing to *view* the hearings may do so from the Courtrooms, which remain open and accessible. Any party, however, may *listen* to the hearing by audioconference, as noted above.

Movant to lodge an order within seven (7) days.

| Party Information |
|---|

**Debtor(s):**

    Amy Li Hsiao        Represented By
                                               Charles M Farano
                                               Giovanni Orantes